IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENA SERVED ON E. MARK BRADEN, | _____ |

**[PROPOSED] ORDER GRANTING MOTION TO QUASH SUBPOENAS TO E. MARK BRADEN**

Before the Court is a Motion to Quash Subpoenas issued to E. Mark Braden (the "Movant"). After having considered the Motion and any responses and replies thereto, the Court finds that the Motion should be GRANTED.

Therefore it is ORDERED that Plaintiff's Third-Party Subpoenas issued to non-party E. Mark Braden are quashed.

SIGNED this ____ day of _____, 2018

_____
UNITED STATES DISTRICT JUDGE