IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE SUBPOENA SERVED ON** <br> **E. MARK BRADEN** <br>          v. | : <br> :   Case No. 1:18-MC-00095 <br> : <br> : <br> :   Judge Rudolph Contreras <br> : |

### THE OHIO ATTORNEY GENERAL AND NON-PARTY WITNESS
### E. MARK BRADEN'S MOTION TO TRANSFER

Pursuant to Rule 45(f) of the Federal Rules of Civil Procedure, the Ohio Attorney General and non-party witness E. Mark Braden respectfully ask this Court to transfer Mr. Braden's motion to quash to the Southern District of Ohio, which is the issuing court for the subpoena.

The Plaintiffs in *Ohio A. Philip Randolph Institute v. Kasich*, NO. 1:18-cv-0357 (S.D. Ohio) issued subpoenas to Mr. Braden with a compliance location in Washington, D.C. *See* Motion to Quash, Doc. 1. Through counsel, Mr. Braden filed a motion to quash those subpoenas in this Court pursuant to Rule 45(d)(3). As his motion indicates, Mr. Braden was retained by the Ohio Attorney General to provide legal advice regarding the 2011 redistricting. *Id.* at 1. Mr. Braden's motion to quash raises issues of attorney-client privilege, which involve the Ohio Attorney General and his clients. Because Mr. Braden contracted with the Ohio Attorney General to act as outside counsel on behalf of the Attorney General and his clients, the Ohio Attorney General's office is now representing Mr. Braden in regard to the subpoenas he received.

Therefore, Mr. Braden's current counsel is located in Ohio and regularly practices in the Southern District of Ohio, but undersigned counsel does not regularly practice in this Court and is not located in Washington, D.C.  Additionally, Mr. Braden consents to transferring his motion to quash to the Southern District of Ohio.  *See* Ex. 1.  Under Rule 45(f), this Court may transfer the motion to quash to the court that issued the subpoena (in this case, the Southern District of Ohio) based on Mr. Braden's consent.

Accordingly, for these reasons, including Mr. Braden's consent, the Ohio Attorney General and non-party witness E. Mark Braden respectfully ask this Court to transfer his motion to quash to the Southern District of Ohio.

    Respectfully submitted,

    MICHAEL DEWINE (OH–0009181)
    Ohio Attorney General

    /s/ *Tiffany L. Carwile*
    TIFFANY L. CARWILE (OH–0082522)*
      *Counsel of Record
    ANDREW FRASER (OH–0097129)
    Assistant Attorneys General
    Constitutional Offices Section
    30 East Broad Street, 16th Floor
    Columbus, Ohio 43215
    Tel: 614-466-2872
    Fax: 614-728-7592
    tiffany.carwile@ohioattorneygeneral.gov
    andrew.fraser@ohioattorneygeneral.gov

    *Counsel for the Ohio Attorney General and Non-party witness E. Mark Braden*

**CERTIFICATE OF SERVICE**

I certify that the foregoing was filed electronically on October 9, 2018. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Tiffany L. Carwile*
TIFFANY L. CARWILE (OH–0082522)
Assistant Attorney General