# BakerHostetler

Baker&Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5403

T 202.861.1500
F 202.861.1783
www.bakerlaw.com

E. Mark Braden
direct dial: 202.861.1504
MBraden@bakerlaw.com

October 9, 2018

**VIA E-MAIL
(BRIDGET.COONTZ@OHIOATTORNEYGENERAL.GOV)**

Bridget C. Coontz
Office of the Ohio Attorney General
Constitutional Offices Section
30 E. Broad Street, 14th Floor
Columbus, OH 43215

Re:   *In Re Subpoena Served on E. Mark Braden (Case No. 1:18-mc-00095)*
      *U.S. District Court for the District of Columbia*

Dear Ms. Coontz:

I consent to your office moving to transfer the matter titled *In Re Subpoena Served on E. Mark Braden* (Case No. 1:18-mc-00095) from the U.S. District Court for the District of Columbia to the U.S. District Court for the Southern District of Ohio.

Sincerely yours,

E. Mark Braden

Exh. 1