**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE SUBPOENA SERVED ON E. MARK BRADEN** | Case No. 1:18-mc-00095-RC<br><br>**[PROPOSED] ORDER** |

Upon consideration of Movants' Motion to Transfer, and Respondents' Response to the Motion to Transfer, and good cause having been shown in the filings, it is ORDERED that Movants' Motion to Transfer shall be GRANTED, and Movants' Motion to Quash AND Respondents' Motion to Compel Compliance with Subpoenas Served on Edward Gillespie and John Morgan in the related case, *In re Subpoenas Served on Edward Gillespie and John Morgan*, No. 1:18-mc-000105, shall be TRANSFERRED to the Southern District of Ohio for consideration by Judge Timothy S. Black, the Judge presiding over *A. Phillip Randolph Institute v. Smith*, No. 1:18-cv-357 (S.D. Ohio).

Dated this __ day of October, 2018.

_____
Rudolph Contreras
United States District Judge